

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                        01-13-00342-CR

Style:                               Thomas Freeman

                                     v. The State of Texas

Date motion filed*:                  February 24, 2014

Type of motion:                      Motion for extension of time for filing brief

Party filing motion:                 Appellant

Document to be filed:                Appellant's brief

Is appeal accelerated?        No

If motion to extend time:
      Original due date:                   November 25, 2013
      Number of previous extensions granted:        1          Current Due date:  February 14, 2014
      Date Requested:                      March 7, 2014

Ordered that motion is:

   ☑   Granted

              If document is to be filed, document due: March 7, 2014

              ☑          The Court will not grant appellant additional motions to extend time

   ☐          Denied

   ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

   ☐   Other: _____

      _____
      _____
      _____
      _____

Judge's signature:    /s/ Laura C. Higley_____
                      ☑ Acting individually       ☐ Acting for the Court

Panel consists of      _____

Date:  March 4, 2014_____